**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

NICOLE ALEXANDRA INTRIAGO-SEDGWICK,

    Petitioner,

v.

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PAMELA BONDI, in her official capacity as Attorney General of the United States; WARDEN DORA CASTRO, in her official capacity as Warden of the Otero County Processing Center; MARY DE ANDA-YBARRA, in her official capacity as Field Office Director of the El Paso Field Office of U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations; and TODD LYONS, in his official capacity as Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement,

    Respondents.

Civil No. 1:25-cv-01065-MIS-LF

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court on the Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 filed on October 27, 2025. ECF No. 1.

**IT IS ORDERED** that Petitioner effectuate service on Respondents, including serving copies of this Order and the Petition on Respondents, and file a certificate of service on the record.

**IT IS FURTHER ORDERED** that Respondents **SHOW CAUSE** within fourteen (14) days of service of this Order and the Petition why the Petition should not be granted.

-2-

**IT IS FINALLY ORDERED** that Petitioner may file a reply brief within seven (7) days after the Respondents' response to this Order and the Petition is filed.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE