IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NICHOLE ALEXANDRA
INTRIAGO-SEDGWICK

      Petitioner,

v.                                                        No. 1:25-cv-01065-MIS-LF

KRISTI NOEM, in her official capacity
as Secretary of the Department of
Homeland Security; PAMELA BONDI,
in her official capacity as Attorney General
of the United States; WARDEN DORA
CASTRO, in her official capacity as
Warden of the Otero County Processing
Center; MARY DE ANDA-YBARRA, in
her official capacity as Field Office
Director of the El Paso Field Office of U.S.
Immigration and Customs Enforcement,
Enforcement and Removal Operations; and
TODD LYONS, in his official capacity as
Acting Director and Senior Official
Performing the Duties of the Director of
U.S. Immigration and Customs
Enforcement,

      Respondents.

**<u>ORDER DIRECTING CLERK TO SERVE RESPONDENTS AND TO SHOW CAUSE</u>**

THIS MATTER is before the Court sua sponte.  On October 28, 2025, United States District Judge Margaret Strickland ordered "that Petitioner effectuate service on Respondents, including serving copies of this Order and the Petition on Respondents, and file a certificate of service on the record." Doc. 2 at 1.  Petitioner filed a certificate of service on October 31, 2025. Doc. 4.  Because service appeared defective, the Court issued an Order for Service and to Show Cause ordering Petitioner to effectuate service upon Respondents by November 24, 2025.  Doc. 6

at 1–2.  Petitioner filed a new certificate of service on November 24, 2025.  It is still not clear from the certificate whether service was perfected.[1]

The Rules Governing Section 2254 Cases ("Section 2254 Rules") permit district courts to "apply any or all of these rules to a habeas corpus petition not covered [under 28 U.S.C. § 2254]."  SECT 2254 Rule 1(b); *see also Boutwell v. Keating*, 399 F.3d 1203, 1210–11 n.2 (10th Cir. 2005) (noting that Section 2254 Rule 1(b) grants district courts discretion to apply the Section 2254 Rules to § 2441 petitions).  Section 2254 Rule 4 requires the clerk of the court to "serve a copy of the petition and any order on the respondent" once the court orders "the respondent to file an answer, motion, or other response within a fixed time."  SECT 2254 Rule 4.[2]  To ensure service is perfected and that the matter can be heard on the merits as soon as possible, the Court will exercise its discretion in applying Section 2254 Rule 4 to this matter.

IT IS THEREFORE ORDERED that the Clerk of the Court shall serve copies of the petition (Doc. 1) and this order by certified mail[3] upon:[4]

(1) U.S. Attorney's Office, Attn: Civil Process Clerk, 201 3rd Street NW, Suite 900, Albuquerque, NM 87102;

(2) Pamela Bondi, United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001;

---

[1] Petitioner's new certificate of service does not list the U.S. Attorney's Office for the District of New Mexico as one of the recipients.  *See* Doc. 7; FED. R. CIV. P. 4(i)(1)(A)(ii).

[2] Summonses are not required under Section 2554 Rule 4.

[3] The package sent to Warden Castro must be sent by certified mail, return receipt requested.

[4] Federal regulations prescribe how the Department of Homeland Security and its officials may receive service of process.  *See* 6 C.F.R. § 5.42; *see also* 6 C.F.R. pt. 5, subpart C, app. A.

(3) Kristi Noem, Secretary of Homeland Security, Attn: Office of the General Counsel, U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Ave SE, Washington, DC 20528-0485;

(4) Todd Lyons, Senior Official Performing the Duties of the Director, Attn: U.S. Immigration and Customs Enforcement, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington, DC 20536-5900;

(5) Mary De Anda-Ybarra, Field Office Director, El Paso Field Office, Attn: U.S. Immigration and Customs Enforcement, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington, DC 20536-5900; and

(6) Dora Castro, Warden, Otero County Processing Center, 26 McGregor Range Road, Chaparral, NM 88081.

IT IS FURTHER ORDERED THAT Respondents shall respond to the petition and show cause why it should not be granted within three days of receipt of service. Petitioner's reply, if any, is due three days after the response is filed. The Court will set a hearing, if necessary.

_____
Laura Fashing
U.S. Magistrate Judge