IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NICHOLE ALEXANDRA
INTRIAGO-SEDGWICK

     Petitioner,

v.                                      No. 1:25-cv-01065-MIS-LF

KRISTI NOEM et al.

     Respondents.

## **ORDER**

THIS MATTER is before the Court sua sponte. Respondents state in their response to the petition that Petitioner's next hearing in her underlying removal proceeding is set for December 16, 2025. Doc. 15 at 4. The parties shall inform the Court of the outcome of the December 16, 2025, hearing. The parties also shall inform the Court of any further developments in Petitioner's underlying immigration case, including new hearing dates or the issuance of an order of removal.

IT IS SO ORDERED.

_____
Laura Fashing
United States Magistrate Judge