# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

NICHOLE ALEXANDRA
INTRIAGO-SEDGWICK,

      Petitioner,

v.                                                         No. 1:25-cv-01065-MIS-LF

KRISTI NOEM, in her official capacity
as Secretary of the Department of
Homeland Security; PAMELA BONDI,
in her official capacity as Attorney General
of the United States; WARDEN DORA
CASTRO, in her official capacity as
Warden of the Otero County Processing
Center; MARY DE ANDA-YBARRA, in
her official capacity as Field Office
Director of the El Paso Field Office of U.S.
Immigration and Customs Enforcement,
Enforcement and Removal Operations; and
TODD LYONS, in his official capacity as
Acting Director and Senior Official
Performing the Duties of the Director of
U.S. Immigration and Customs
Enforcement,

      Respondents.

**ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE
JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

THIS MATTER is before the Court on Petitioner Nichole Alexandra Intriago-Sedgwick's Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1). On October 28, 2025, the Court referred this matter to United States Magistrate Judge Laura Fashing to "conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case." ECF No. 3 at 1.

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") on December 19, 2025. ECF No. 20. The PFRD notified the parties of their ability to

file objections within fourteen days, and that failure to do so waived appellate review.  Id. at 24. On January 2, 2026, Respondents filed Objections to the Magistrate Judge's PFRD, ECF No. 25, to which Petitioner filed a Response, ECF No. 26.

Pursuant to FED. R. CIV. P. 72(b) and 28 U.S.C. § 636(b), the Court has conducted a de novo review of the record and all parts of the Magistrate Judge's PFRD that have been properly objected to.  After conducting this de novo review and having thoroughly considered the Magistrate Judge's PFRD and the Objections, the Court finds no reason either in law or fact to depart from the Magistrate Judge's recommended disposition.

IT IS THEREFORE ORDERED AS FOLLOWS:

1. Respondents' Objections are **OVERRULED**;

2. The Magistrate Judge's Proposed Findings and Recommended Disposition (ECF No. 20) are **ADOPTED**;

3. Petitioner Nichole A. Intriago-Sedgwick's Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, ECF No. 1, is **GRANTED**;

4. Respondents are **ORDERED** to release Ms. Intriago-Sedgwick within 24 hours of this Order's filing.

5. No later than 48 hours after this Order's filing, Respondents are **ORDERED** to file a status report confirming Ms. Intriago-Sedgwick's release from custody.

6. Respondents are **ENJOINED** from transferring Ms. Intriago-Sedgwick outside of the District of New Mexico, including removing Ms. Intriago-Sedgwick from the United States, before she is released;

7. Respondents are **ENJOINED** from re-detaining Petitioner without first holding a pre-deprivation bond hearing before an Immigration Judge at which the government bears the burden of proving by clear and convincing evidence that Ms. Intriago-Sedgwick is a flight risk or a danger to the community; and

8. The Court will separately enter Final Judgment but retain jurisdiction over this matter, including any future motion for attorneys' fees under the EAJA.

*Margaret Strickland*
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

3